# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

Submitted April 15, 2020
Decided April 17, 2020

Before

WILLIAM J. BAUER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*

| No. 20-1532 | IN RE: <br>     SAUL ROBLES, <br>             Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 3:17-cr-00039-wmc <br> District Judge William M. Conley ||

The following is before the court: **MOTION PURSUANT TO WRIT OF MANDAMUS**, filed on April 1, 2020, by pro se Petitioner.

In light of the district court's order of April 3, 2020,

**IT IS ORDERED** that the petition for a writ of mandamus is **DENIED** as unnecessary.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit